DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Joyce Marshall, | ) | |
| | ) | CASE NO. 5:00 CV 2629 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | (Resolving Doc. No. 23) |
| Summa Health System Hospitals, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion for summary judgment on all of Plaintiff's claims is GRANTED.

Case closed with each party to bear its own costs.

IT IS SO ORDERED.

| | |
|---|---|
|  August 13, 2001 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |