UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 01-3964

Filed: June 24, 2003

JOYCE MARSHALL

    Plaintiff - Appellant

CO-2629
JUDGE Dowd

v.

SUMMA HEALTH SYSTEMS HOSPITALS

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 6/2/03 the mandate for this case hereby issues today.

A True Copy.

No cost taxed

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

*Michelle R. Senger*
Deputy Clerk

'03 JUN 26 AM 11:34 FILED
U.S. DIST. NORTHERN DISTRICT AKRON OHIO